UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

_____ Civ. _____ (___) (___)

- against -

_____

**NOTICE OF APPEAL
IN A CIVIL CASE**

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

        Notice is hereby given that _____

*(party)*

hereby  appeals to the United States Court of Appeals for the Second Circuit from the Judgment

_____

*(describe the judgment)*

_____

_____

entered in this action on the _____ day of _____, 20_____.

        *(date)*                *(month)*        *(year)*

_____

*Signature*

_____

*Address*

_____

*City, State & Zip Code*

DATED: _____ _____, 20____        (_____) ____ - _____

                                        *Telephone Number*

**NOTE:**  To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty
(30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the
United States is a party.

*Rev. 05/2007*